UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER LAWRENCE GRIFFIN,<br><br>Petitioner,<br><br>v.<br><br>BRANDON PRICE,[1]<br><br>Respondent. | No. 2:20-cv-0304 KJN P<br><br><br><br>ORDER |

Petitioner is housed at the Coalinga State Hospital, and is proceeding pro se. He filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the petition was not signed by petitioner. Rather, petitioner typed his name. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider the petition unless petitioner signs and re-files the amended petition.

In addition, petitioner did not file his petition on the form used by this district. The Clerk of the Court is directed to send petitioner the form for filing a petition for writ of habeas corpus under 28 U.S.C. § 2254.

---

[1] Brandon Price, Executive Director of Coalinga State Hospital where petitioner is presently housed, is substituted as the proper respondent in this action. Fed. R. Civ. P. 25(d).

1

On December 4, 2019, petitioner submitted a signed application to proceed in forma pauperis under 28 U.S.C. § 1915. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

Accordingly, petitioner is provided an opportunity to re-file the petition on this court's form bearing his signature. Failure to submit a signed amended petition will result in a recommendation that this action be dismissed.[2]

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis is granted;

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;[3]

3. Any amended petition must bear the case number assigned to this action, the case caption set forth above, and the title "Amended Petition"; and

4. The Clerk of the Court is directed to send petitioner the court's form application for writ of habeas corpus.

Dated: February 18, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/grif0304.r11

---

[2] Petitioner is cautioned that the habeas corpus statute imposes a one year statute of limitations for filing non-capital habeas corpus petitions in federal court. In most cases, the one year period will start to run on the date on which the state court judgment became final by the conclusion of direct review or the expiration of time for seeking direct review, although the statute of limitations is tolled while a properly filed application for state post-conviction or other collateral review is pending. 28 U.S.C. § 2244(d).

[3] By setting this deadline the court is making no finding or representation that the petition is not subject to dismissal as untimely. See 28 U.S.C. § 2244(d).