UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dexter L. Griffin, | No. 2:20-cv-0304-KJM-KJN P |
| Petitioner, | ORDER |
| v. | |
| Brandon Price, | |
| Respondent. | |

Judgment was entered in this habeas corpus action in August after the court adopted the Magistrate Judge's findings and recommendations. *See* F&Rs, ECF No. 24; Order, ECF No. 27; Judgment, ECF No. 28. Later the same month, Mr. Griffin filed a letter addressed to the Clerk's Office, which the court construes as a motion for relief from judgment under Rule 59(e). *See* ECF No. 29.

Rule 59(e) offers an "extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources." *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000) (citation omitted). A district court may grant a Rule 59(e) motion if it "is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *McDowell v. Calderon*, 197 F.3d 1253, 1255 (9th Cir. 1999) (en banc) (emphasis omitted) (quoting *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999)). "A Rule 59(e) motion may not be used to raise arguments or present evidence for the

1

1  first time when they could reasonably have been raised or presented earlier in the litigation."

2  *Kona*, 229 F.3d at 890 (emphasis omitted).

3      Mr. Griffin lists several legal authorities, which he describes as "New Facts," and he

4  attaches copies of several cases. *See, e.g.*, Mot. at 2, 57–69 (citing and attaching *People v.*

5  *Costello*, No. D029126 (Cal. Ct. App. 4th Div. July 31, 1998)).  These decisions do not identify

6  new evidence relevant to Mr. Griffin's petition, demonstrate an intervening change in the law,

7  establish clear error, or show a "manifest injustice."  Mr. Griffin could have presented these

8  authorities earlier in the litigation.

9      The motion for reconsideration is **denied**.  The court will disregard similar filings in the

10  future.  This order resolves ECF No. 29.

11      IT IS SO ORDERED.

12  DATED: December 28, 2020.

CHIEF UNITED STATES DISTRICT JUDGE

2